UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL MCTAGUE, | |
| Plaintiff, | 23-CV-9202 (DEH) |
| v. | |
| CHASE BANK, | **ORDER** |
| Defendant. | |

DALE E. HO, United States District Judge:

The Court directs Defendant Chase Bank to file a letter not to exceed three (3) pages by **November 16, 2023**. The letter shall address whether there is subject-matter jurisdiction and whether state removal is proper, relying on binding case law. It is well established that "[w]hen a requirement goes to subject-matter jurisdiction, courts are obligated to consider *sua sponte* issues that the parties have disclaimed or have not presented." *Gonzalez v. Thaler*, 565 U.S. 134, 141 (2012).

SO ORDERED.

Dated: October 26, 2023
New York, New York

DALE E. HO
United States District Judge