UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL MCTAGUE,<br><br>     Plaintiff(s),<br><br>   v.<br><br>CHASE BANK,<br><br>     Defendant(s). | 23-CV-9202 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On November 27, 2023, the Court ordered Plaintiff to file an opposition to the Defendant's Motion to Dismiss (ECF No. 7) by **December 22, 2023**. *See* ECF No. 11. Plaintiff's deadline to file an opposition has now passed.

It is hereby ORDERED that Plaintiff shall file an opposition, if any, by **January 19, 2024**. Defendant's reply brief, if any, is due **February 2, 2024**. If no opposition is filed by that date, the Court will consider the motion to dismiss fully briefed.

The Clerk of Court is respectfully directed to mail this Order to pro se Plaintiff.

SO ORDERED.

Dated: January 5, 2024
   New York, New York

                         DALE E. HO
                       United States District Judge