UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL MCTAGUE,<br><br>                    Plaintiff,<br><br>         v.<br><br>CHASE BANK,<br><br>                    Defendant. | 23-CV-9202 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

An order issued **January 5, 2024**, required that Plaintiff shall file an Opposition to the Defendant's Motion to Dismiss (ECF No. 7) by **January 19, 2024.** See ECF No. 12. No such opposition was filed, likely because the Order was mailed to pro se Plaintiff on **January 23, 2024.**

It is hereby ORDERED that Plaintiff shall file an opposition, if any, by **February 14, 2024.** Defendant's reply brief, if any, is due **February 29, 2024**. If no opposition is filed by that date, the Court will consider the motion to dismiss fully briefed.

The Clerk of Court is respectfully directed to mail this Order to pro se Plaintiff.

    SO ORDERED.

Dated: January 23, 2024
       New York, New York

                                                               _____
                                                                        DALE E. HO
                                                                United States District Judge