UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL MCTAGUE,

                        Plaintiff,

            v.

CHASE BANK,

                        Defendant.

23-CV-9202 (DEH)

ORDER

DALE E. HO, United States District Judge:

An order issued January 23, 2024, required that Plaintiff shall file an Opposition to the Defendant's Motion to Dismiss (ECF No. 7) by February 14, 2024. *See* ECF No. 13. No such opposition was filed, likely because the Order was not mailed to pro se Plaintiff.

It is hereby ORDERED that Plaintiff shall file an opposition, if any, by **March 15, 2024.** Defendant's reply brief, if any, is due **April 1, 2024**. If no opposition is filed by March 15, 2024, the Court will consider the motion to dismiss fully briefed.

The Clerk of Court is respectfully directed to mail this Order to pro se Plaintiff.


SO ORDERED.

Dated: February 15, 2024
       New York, New York

_____
        DALE E. HO
   United States District Judge