UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL MCTAGUE,

                Plaintiff,

v.

CHASE BANK,

                Defendant.

23-CV-9202 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

An order issued February 15, 2024, required that Plaintiff shall file an Opposition to the Defendant's Motion to Dismiss (ECF No. 7) by March 15, 2024, and Defendant's reply brief, if any, due April 1, 2024. Plaintiff has not filed an opposition.

It is hereby **ORDERED** that Plaintiff's deadline to file an opposition to Defendants' motion is **EXTENDED** to <u>**May 3, 2024**</u>. If such an opposition is filed, Defendants shall file their reply by **May 10, 2024**. If no opposition is filed by May 3, 2024, the Court will consider the motion to dismiss fully briefed.

The Clerk of Court is respectfully directed to mail this Order to pro se Plaintiff.

SO ORDERED.

Dated: April 5, 2024
       New York, New York

                                          DALE E. HO
                                          United States District Judge