UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL MCTAGUE,

                Plaintiff,

  -against-                                     23 **CIVIL 9202 (DEH**)

                                                      **JUDGMENT**

CHASE BANK,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 13, 2024, the Court GRANTS Defendant's motion to dismiss without prejudice.

**Dated:**  New York, New York

      September 13, 2024

                                                           **DANIEL ORTIZ**
                                              **Acting Clerk of Court**

                              **BY:**
                                              _____
                                                **Deputy Clerk**